UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN FITZGERALD MESCALL,<br><br>                    Plaintiff,<br><br>          -against-<br><br>HON. PAM BONDI; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF PROBATION; JOHN/JANE DOE – CUSTODIAL OFFICER.,<br><br>                    Defendants. | 25 CIVIL 10597 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 14, 2026, order, this action is dismissed.

The Court denies Plaintiff's request for preliminary injunctive relief as moot.

SO ORDERED.

Dated:    April 15, 2026

          New York, New York

                              /s/ Louis L. Stanton
                              LOUIS L. STANTON
                              United States District Judge