UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FITZGERALD MESCALL,

               Plaintiff,

    -against-

HON. PAM BONDI; UNITED STATES OF
AMERICA; UNITED STATES DEPARTMENT
OF JUSTICE; UNITED STATES
DEPARTMENT OF PROBATION;
JOHN/JANE DOE – CUSTODIAL OFFICER,

               Defendants.

25-CV-10597 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff brought this action *pro se*. By order dated April 13, 2026, and entered on the court's docket on April 15, 2026, the Court dismissed this action. (ECF 14.) The Clerk of Court entered judgment on April 15, 2026. (ECF 15.) On April 14, 2026, the Court received from Plaintiff a letter motion, dated April 1, 2026, which he styles as a "Motion to Amend [under] Fed. Rules Civil Proc. #15A." (ECF 16.) In his motion, Plaintiff seeks to amend the caption of the complaint to replace Attorney General Pam Bondi with Todd Blanche. Plaintiff also includes in his submission an unsigned order to show cause why the injunctive relief requested in his complaint should not be granted. (*Id.* at 3.)

Because this case is closed, the Court denies Plaintiff's motion to amend the caption of this action as moot. The Court denies Plaintiff's request for injunctive relief for the same reasons

it dismissed his claims in its order of dismissal. (ECF 14). The Court directs the Clerk of Court to

terminate all pending motions.

SO ORDERED.

Dated:    April 21, 2026
          New York, New York

_____
                                    Louis L. Stanton
                                    U.S.D.J.